IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 9:19-CR-00049-MJT |
| v. | § | |
| | § | |
| | § | |
| CLARENCE KENNEDY | § | |
| | § | |

ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal

Procedure.  Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal

Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty

Plea Before the United States Magistrate Judge.  The magistrate judge recommended that the

court accept the Defendant's guilty plea.  He further recommended that the court adjudge the

Defendant guilty on Count One of the Information filed against the Defendant.

The parties have not objected to the magistrate judge's findings.  The court **ORDERS**

that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate

Judge are **ADOPTED**.  The court accepts the Defendant's plea but defers acceptance of the plea

agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the

magistrate judge's findings and recommendation, the Defendant, Clarence Kennedy, is adjudged

1

guilty as to Count One of the Information charging a violation of 21 U.S.C. § 841(a)(1) -

Possession with the Intent to Distribute Cocaine.

**SIGNED this 17th day of April, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge

2